# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **CRU SHREVEPORT, LLC** | **CIVIL ACTION NO. 5:20-0151** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNITED NATIONAL INSURANCE COMPANY** | **MAG. JUDGE MARK L. HORNSBY** |

# ORDER

Considering the foregoing,

**IT IS ORDERED** that Defendant United National Insurance Company's ("UNIC") Motion for Expedited Consideration [Doc. No. 30] of UNIC's Unopposed Motion Pursuant to Fed. R. Civ. P. 6(b) for Extension of Deadline to File Objections to Magistrate's Report and Recommendation is **GRANTED**. The Court will consider the motion on an expedited basis.

**IT IS FURTHER ORDERED** that UNIC's Unopposed Motion Pursuant to Fed. R. Civ. P. 6(b) for Extension of Deadline to File Objections to Magistrate's Report and Recommendation [Doc. No. 29] is **GRANTED**. The deadline for UNIC to file its objections to the Magistrate's Report and Recommendation is extended to September 22, 2020.

MONROE, LOUISIANA, this 14th day of September, 2020.

                                                                  TERRY A. DOUGHTY
                                               UNITED STATES DISTRICT JUDGE