# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CRU SHREVEPORT, LLC** | **CIVIL ACTION NO. 5:20-0151** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNITED NATIONAL INSURANCE COMPANY** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 28] having been considered, together with the written objection [Doc. No. 32] and the reply [Doc. No. 33] thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. 11] filed by United National Insurance Co. is **DENIED.**

**MONROE, LOUISIANA**, this 7th day of October, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE