UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| C R U SHREVEPORT, LLC | CIVIL ACTION NO. 20-cv-151 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| UNITED NATIONAL INSURANCE CO | MAG. JUDGE MARK L. HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that CRU's Motion to Compel Appraisal and Stay (Doc. No. 34) is **DENIED**.

Monroe, Louisiana, this 3rd day of December, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE