UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| C R U SHREVEPORT L L C | CASE NO. 5:20-CV-00151 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| UNITED NATIONAL INSURANCE CO | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Considering the foregoing Motion to Dismiss with Prejudice [Doc. No 132] filed by Plaintiff,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**. All claims of Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**, with each to bear their own costs.

MONROE, LOUISIANA, this 9th day of January, 2023.

_____
Terry A. Doughty
United States District Judge